FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARNULFO BARAJAS-DIAZ,<br><br>Defendant. | No. 2:17-CR-001189-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE<br><br>**ECF Nos. 114, 115** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 114) and Motion to Expedite (ECF No. 115). For the reasons set forth in the motion;

IT IS HEREBY ORDERED:

1. The Motion to Expedite (ECF No. 115) is GRANTED.

2. The Motion to Modify Conditions of Release (ECF No. 114) is GRANTED.

3. Defendant's previously imposed conditions of release (ECF No. 52) shall be MODIFIED so that the "Home Detention" portion of Special Condition

ORDER - 1

28 shall be stricken and replaced with the following: Defendant shall be restricted to his approved residence every day from 8:00 PM to 7:00 AM.

DATED July 27, 2018.

<u>*s/Mary K. Dimke*</u><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 2